1  Robert J. Goldman (CSB # 189922)
     robert.goldman@ropesgray.com
2  Sasha G. Rao (CSB # 244303)
     sasha.rao@ropesgray.com
3  ROPES & GRAY LLP
   1900 University Avenue, 6th Floor
4  East Palo Alto, California 94303-2284
   Tel.: (650) 617-4000
5  Fax: (650) 617-4090

6  Pablo D. Hendler
     pablo.hendler@ropesgray.com
7  Sona De (CSB # 193896)
     sona.de@ropesgray.com
8  ROPES & GRAY LLP
   1211 Avenue of the Americas
9  New York, New York 10036-8704
   Tel.: (212) 596-9000
10 Fax: (212) 596-9090

11 Attorneys for Plaintiffs
   PURDUE PHARMA PRODUCTS L.P. and
12 NAPP PHARMACEUTICAL GROUP LTD.

13                IN THE UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 PURDUE PHARMA PRODUCTS L.P. and )   C10-00295 JL
17 NAPP PHARMACEUTICAL GROUP LTD., )   Case No.
                                    )
18        Plaintiffs,               )   CERTIFICATE OF INTERESTED
                                    )   ENTITIES AND CORPORATE
19                                  )   DISCLOSURE STATEMENT
                                    )
          v.                        )
20                                  )
                                    )
21 HANDA PHARMACEUTICALS, LLC,      )
                                    )
22        Defendants.               )
                                    )
23

24

25

26

27

28

24221162_1.DOC
Case No. _____

1   Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the

2   following listed persons, associations of persons, firms, partnerships, corporations (including

3   parent corporations) or other entities (i) have a financial interest in the subject matter in

4   controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

5
    matter or in a party that could be substantially affected by the outcome of this proceeding:
6

7       1.      Purdue Pharma Products L.P. is a Delaware limited partnership that has

8   one limited partner, Purdue Pharma L.P., and one general partner, Purdue Pharma Inc. No

9   publicly held corporation owns 10% or more of the partnership interests of Purdue Pharma

10  Products L.P. or Purdue Pharma L.P. In addition, Purdue Pharma Inc. is a New York

11
12  corporation and it has no parent corporation. No publicly held company owns 10% or more of

13  the stock of Purdue Pharma Inc.

14      2.      Napp Pharmaceutical Group Limited is an English limited company.

15  Napp Pharmaceutical Group Limited has one parent corporation, Napp Pharmaceutical Holdings

16
17  Limited (also an English limited company). No publicly held company owns 10% or more of

18  Napp Pharmaceutical Group Limited's stock or Napp Pharmaceutical Holdings Limited's stock.

19

20

21

22

23

24

25

26

27

28

1

2

3

4    January 21, 2010                    By _____

5                                        Robert J. Goldman
                                         Sasha G. Rao
6                                        Pablo D. Hendler
                                         Sona De
7                                        ROPES & GRAY LLP

8                                        Attorneys for Plaintiffs
                                         PURDUE PHARMA PRODUCTS L.P. AND
9                                        NAPP PHARMACEUTICAL GROUP LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28