A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Mar 15, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 26, 2010

FILED
CLERK'S OFFICE

**IN RE: TRAMADOL HYDROCHLORIDE
EXTENDED-RELEASE TABLETS
PATENT LITIGATION**

    Purdue Pharma Products L.P., et al. v. Anchen )
        Pharmaceuticals, Inc., C.D. California, )
        C.A. No. 8:10-103 )
    Purdue Pharma Products L.P., et al. v. Handa )
        Pharmaceuticals, LLC, N.D. California, )
        C.A. No. 3:10-295 )

MDL No. 2126

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 12, 2010, the Panel transferred one civil action to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Kent A. Jordan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Delaware and assigned to Judge Jordan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of February 12, 2010, and, with the consent of that court, assigned to the Honorable Kent A. Jordan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 15, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel